| | |
|---|---|
| LAURIE A. TRAKTMAN (SBN 165588)<br>**GILBERT & SACKMAN**<br>A Law Corporation<br>3699 Wilshire Boulevard, Suite 1200<br>Los Angeles, California 90010-2732<br>Telephone: (323) 938-3000; Facsimile: (323) 937-9139<br>Email: lat@gslaw.org<br><br>Attorneys for Plaintiffs | JS - 6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES ,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNION AIR CONDITIONING CORPORATION; LOUIS EDWARD WITT, JENNIFER ANN BRAZER, SHANNON COMPA SMITH, DANIEL ROSALES, and MARC RUSSELL LEVINE, as individuals,<br><br>    Defendants. | Case No. CV-11-03941-RGK (AJWx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DANIEL ROSALES |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers Health Plan of Southern California, Arizona and Nevada; Board of Trustees of the Sheet Metal Workers Local 88 Section 401(k) Plan; Board of Trustees of the Southern Nevada Air Conditioning & Sheet Metal Contractors' Association, Inc.; Board of Trustees of the Sheet Metal Workers 88 Retiree Health Plan; Board of Trustees of the Local 88 Industry Stabilization Program; and Board of Trustees of the Local 88 Apprentice Training and Journeyman Educational Fund (collectively the "Plans" or "Trust Funds") and Defendant, Daniel Rosales, the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

This action is dismissed as to defendant, Daniel Rosales, without prejudice. The parties shall each bear their own costs and legal fees.

**IT IS SO ORDERED**.

Dated: July 22, 2011

Hon. R. Gary Klausner